DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JESUS FUENTES MACEDA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2809

_____

March 12, 2025

Appeal from the Circuit Court for Hillsborough County; Michael S.
Williams, Judge.

Guillermo Gomez, Jr., of Gomez & Touger, P.A., Lakeland, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Jesus Fuentes Maceda appeals the judgment and sentence for one
count of premeditated first-degree murder, one count of robbery with a
firearm, and one count of tampering with physical evidence.  Mr. Maceda
was sentenced to thirty years in prison followed by fifteen years'
probation and a sentencing review after twenty-five years.  We affirm the
judgment and sentence.  However, while the trial court made detailed

oral findings that Mr. Maceda is not entitled to a fifteen-year review, it failed to render those findings in writing as required by section 775.082(1)(b)3, Florida Statutes (2021).  Accordingly, we remand for the trial court to make written findings conforming with its oral pronouncement.  *See McCray v. State*, 282 So. 3d 158, 162 (Fla. 2d DCA 2019).

Affirmed; remanded with instructions.

NORTHCUTT, KELLY, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.